■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS RIVERA, Appellant. [818 NYS2d 617]—

Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Rooney, J.), rendered July 21, 2004, convicting him of assault in the second degree (two counts), criminal possession of a weapon in the third degree, and tampering with physical evidence, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court

providently exercised its discretion in declining to voir dire the jury about a local news article which had appeared during the trial (*see People v Shulman,* 6 NY3d 1, 32, *cert denied* 547 US —, 126 S Ct 1623 [2006]; *People v Moore,* 42 NY2d 421, 433-434 [1977], *cert denied* 434 US 987 [1977]). Other than mere publication of the article, there was no indication that the article had been "placed before the jury" (*People v Brown,* 48 NY2d 388, 394 [1979]). In any event, the prejudice to the defendant would have been minimal under the circumstances.

The defendant's remaining contention regarding his adjudication as a persistent violent felony offender is unpreserved for appellate review since he failed to raise any objection at sentencing (*see People v Daniels,* 5 NY3d 738, 740 [2005], *cert denied* 546 US —, 126 S Ct 573 [2005]; *People v Rosen,* 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]). In any event, it is without merit (*see People v Rivera,* 5 NY3d 61 [2005], *cert denied* 546 US —, 126 S Ct 564 [2005]; *People v Rosen, supra*). Luciano, J.P., Rivera, Lifson and Covello, JJ., concur.